## F. F. FABOR *v.* L. H. GREEN.

January Térm, 1900.

Present :   TAFT, C. J., ROWELL, TYLER, MUNSON, START, THOMPSON and
WATSON, JJ.

Opinion filed February 12, 1900.

*Sale of methyl alcohol*—Methyl alcohol, or wood spirit, being a deadly
narcotic poison, not intended to be used as a beverage, and which can-
not be so used, its sale is not prohibited by V. S. Chapter 187, relating
to the traffic in intoxicating liquors.

*Scope of V. S. Chapter 187*—The laws against the illegal traffic in intoxicating
liquors were intended to include only such liquors as could be used as a
beverage.

ASSUMPSIT to recover the purchase price of fifty gallons of
methyl alcohol.   City Court of Montpelier, January 30, 1900,
*Smilie*, J.   Trial by the court, and judgment for the plaintiff.
Defendant excepted.

The defence was that methyl alcohol is intoxicating liquor
within the meaning of V. S. Chapter 187, and that therefore no
recovery could be had for the purchase price.   The facts stated
in the opinion were found by the trial court.

*Lord & Carleton* for the plaintiff.

*H. C. Shurtliff* for the defendant.

WATSON, J.   The plaintiff seeks to recover the purchase
price of fifty gallons of methyl alcohol, commonly known as
wood spirit or wood alcohol, sold by him to the defendant.

The defendant contends that this alcohol is an intoxicating
liquor, the sale of which is prohibited by law, and therefore no
recovery can be had by reason of section 4464 of Vermont
Statutes.

Such alcohol is obtained by the destructive distillation of
wood, is ranked as a narcotic poison, and if drank either pure,
adulterated, reduced many times its weight in water, other alco-

hol or fluid, it kills the person drinking it. It was not intended to be used as a beverage and could not be so used.

The laws against the illegal traffic in intoxicating liquors were intended to include only such liquors as could be used as a beverage—*Russell* v. *Sloan,* 33 Vt. 656—and to construe the statute as prohibiting the sale of other liquids similar in name but so much more poisonous in nature as to prevent their being used in that way, would be giving it an extraneous and unnatural force not intended.

"Nothing is better settled than that statutes should receive a sensible construction, such as will effectuate the legislative intention, and, if possible, so as to avoid an unjust or an absurd conclusion." *Lau Ow Bew* v. *United States,* 144 U. S. 47.

*Judgment affirmed.*